AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois ▼

| | | |
|---|---|---|
| JORGE ALEJANDRO ROJAS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23-cv-2622 |
| TOP SOURCE MEDIA, LLC, et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   12/05/2023   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   02/08/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

RECEIVED
FEB 20 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
FEB 23 2024
U.S. DISTRICT COURT MPLS