# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Jorge Alejandro Rojas

                Plaintiff,

v.

                Case No.: 1:23−cv−02622
                Honorable Martha M. Pacold

Top Source Media, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 29, 2024:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion [40] is granted. Order [39] is stricken and amended to correct a clerical error. The amended order is as follows: Plaintiff's motion for taxation of costs against all defendants in the amount of $864.08 [36] is granted, without opposition. Even if the motion was opposed, Rule 54(d) creates a presumption that the prevailing parties (here, plaintiff) will be awarded costs unless there is a good reason not to do so. Richardson v. Chi. Transit Auth., 926 F.3d 881, 893 (7th Cir. 2019). The court discerns no such reason here, and the costs claimed by plaintiff are reasonable. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.

SCANNED
FEB 23 2024
U.S. DISTRICT COURT MPLS

A TRUE COPY−ATTEST
THOMAS G BRUTON, CLERK
By [signature]
DEPUTY CLERK
U S DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 02/08/2024