Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582

Warren E. Burger Federal Building and U.S. Courthouse
Clerk
316 North Robert Street
Suite 100
St. Paul, MN 55101

February 14, 2024

### Re: Registration of Foreign Judgment in New Case

Dear Clerk,

I am requesting the registration of the following foreign judgment, entered in the U.S. District Court for the Northern District of Illinois.

Defendants: Top Source Media, LLC; Robert Hurst Anderson, Jr; Jon Blazevic aka Jonathan Micheal Blazevic.

Attached please find:

1. Civil Cover Sheet
2. Clerk's Certification of a Judgment to be Registered in Another District, AO-451, dated February 8, 2024.
3. Certified Copy of Judgment, $1,500 + fees
4. Certified Copy of Order Assessing Fees, Dkt. 41, $864.08
5. Pro Se ECF Form
6. Miscellaneous Case Filing Fee Check, $52.00.

The total amount of the judgment is $1,500, plus costs of $864.08, plus interest.

If you have any questions or concerns, please contact me.

Jorge Rojas