

**Extremely Urgent**

This envelope is for use with the following services:  **UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**

Visit **theupsstore.com** to find a location near you.

Apply shipping documents on this side.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express En~~...~~ only contain correspondence, urgent documents, and/or ~~...~~ weigh 8 oz. or less. UPS Express Envelopes ~~...~~ those listed or weighing more than 8 oz. w~~...~~

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**International Shipments**

- The UPS Express Envelope may be used o~~...~~ value. Certain countries consider electron~~...~~ ups.com/importexport to verify if your sh~~...~~

- To qualify for the Letter rate, the UPS Expr~~...~~ UPS Express Envelopes weighing more th~~...~~

Visit **theupsstore.com** to learn more about our Print & Business Services.

**Note:** Express Envelopes are not recommended for shipme~~...~~ containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

100% Recycled fiber
80% Post-Consumer

Serving you for more than 100 years
United Parcel Service.

  

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  08/21  United Parcel Service